Eric M. Fraser, No. 027241
**OSBORN MALEDON, P.A.**
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793
Telephone:  (602) 640-9000
Email:  efraser@omlaw.com

Stefani E. Shanberg (*pro hac vice*)
Jennifer J. Schmidt (*pro hac vice*)
Nathan B. Sabri (*pro hac vice*)
Robin L. Brewer (*pro hac vice*)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California  94105
Telephone:  (415) 268-7000
Email:   sshanberg@mofo.com
         jschmidt@mofo.com
         nsabri@mofo.com
         rbrewer@mofo.com

*Attorneys for Defendant/Counterclaimant*
Apple Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advanced Voice Recognition Systems, Inc., | No. CV-18-02083-PHX-DGC |
| Plaintiff/Counter-Defendant, | **NOTICE OF SERVICE OF MANDATORY SUPPLEMENTAL DISCOVERY RESPONSES** |
| vs. | |
| Apple Inc., | |
| Defendant/Counterclaimant. | |

NOTICE IS HEREBY GIVEN that on May 23, 2019, attorneys for Apple Inc. served Defendant Apple Inc.'s Second Supplemental MIDP Discovery Responses on counsel for Advanced Voice Recognition Systems, Inc. by email.

DATED this 23rd day of May, 2019.

**OSBORN MALEDON, P.A.**

By  s/ Eric M. Fraser
Eric M. Fraser
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793

*Attorneys for Defendant/Counterclaimant*
Apple Inc.

**MORRISON & FOERSTER LLP**
Stefani E. Shanberg (*pro hac vice*)
Jennifer J. Schmidt (*pro hac vice*)
Nathan B. Sabri (*pro hac vice*)
Robin L. Brewer (*pro hac vice*)
425 Market Street
San Francisco, California  94105

*Of Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2019, I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties who are CM/ECF registrants.

s/ Brenda Wendt