IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advanced Voice Recognition Systems, Inc.,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>vs.<br><br>Apple Inc.,<br><br>　　　　Defendant/Counterclaimant. | No. CV-18-02083-PHX-DGC<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT ORDER** |

　　Having considered the parties' joint motion, and good cause appearing,

　　**IT IS HEREBY ORDERED** that the Court will amend the Case Management Order to indicate that the Face-to-Face Good Faith Settlement Talks will be extended from the current due date of July 12, 2019 to July 24, 2019.