SEAN K. ENOS, No. 023634
**SCHMEISER, OLSEN & WATTS LLP**
18 E. University Drive, Suite 101
Mesa, AZ 85201-5946
Telephone:  (480) 655-0073
Email:  kenos@iplawusa.com

ERIC W. BUETHER (*pro hac vice*)
CHRISTOPHER M. JOE (*pro hac vice*)
KENNETH P. KULA (*pro hac vice*)
MICHAEL C. POMEROY (*pro hac vice*)
**BUETHER JOE & COUNSELORS, LLC**
1700 Pacific, Suite 4750
Dallas, TX 75201
Telephone:  (214) 466-1271
Email:  Eric.Buether@BJCIPLaw.com
          Chris.Joe@BJCIPLaw.com
          Ken.Kula@BJCIPLaw.com
          Michael.Pomeroy@BJCIPLaw.com

*Attorneys for Plaintiff and Counter-Defendant*
ADVANCED VOICE RECOGNITION SYSTEMS, INC.

Eric M. Fraser, No. 027241
**OSBORN MALEDON, P.A.**
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793
Telephone: 602-640-9000
Email: efraser@omlaw.com

BITA RAHEBI (*pro hac vice*)
BRahebi@mofo.com
HECTOR G. GALLEGOS (*pro hac vice*)
HGallegos@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

SHAELYN K. DAWSON (*pro hac vice*)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California  94105
Telephone:  (415) 268-7000
Email:  Shaelyndawson@mofo.com

*Attorneys for Defendant and Counterclaimant*
APPLE INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advanced Voice Recognition Systems, Inc.,<br><br>                    Plaintiff,<br><br>          v.<br><br>Apple Inc.,<br><br>                    Defendant. | Case No. CV-18-02083-PHX-DGC<br><br>**JOINT STATUS REPORT** |

1    Plaintiff Advanced Voice Recognition Systems, Inc. ("AVRS") and Defendant
2  Apple Inc. submit this Joint Status Report in accordance with the Court's August 1,
3  2019 Order ("Order"), in which the Court stayed this action pending conclusion of *inter*
4  *partes* review ("IPR") proceedings on U.S. Patent No. 7,558,730 ("the '730 patent"),
5  including any appeal proceedings, pursuant to the IPR petition Apple filed on July 22,
6  2019.  *See* Doc. 106.  The Court directed the parties to submit joint status reports within
7  "180 days" of the Order "and every 180 days thereafter."  *Id.*  The Court also directed
8  the parties to "notify the Court within 14 days of the resolution of the IPR proceeding."
9  *Id.*

   Pursuant to the Court's Order, the Parties submit the following joint status report:
On January 23, 2020, the PTAB instituted an IPR proceeding on the '730 patent on all
grounds set forth in Apple's IPR petition covering all asserted claims.  On May 30,
2020, AVRS submitted its Patent Owner Response.  Apple's Reply to Patent Owner's
Response is due August 21, 2020.

   Unless otherwise directed by the Court, the parties will submit another joint
status report no later than Monday, January 25, 2021, unless the IPR proceeding is
resolved before then.

| | | |
|---|---|---|
| 1 | Dated: July 27, 2020 | **OSBORN MALEDON, P.A.** |
| 2 | | |
| 3 | | By   s/ Eric M. Fraser<br>     ERIC M. FRASER |
| 4 | | 2929 N. Central Avenue, Suite 2100<br>Phoenix, Arizona 85012-2793 |

*Attorney for Defendant*
APPLE INC.

   BITA RAHEBI (*pro hac vice*)
   HECTOR G. GALLEGOS (*pro hac vice*)
   **MORRISON & FOERSTER LLP**
   707 Wilshire Boulevard
   Los Angeles, California  90017-3543

   SHAELYN K. DAWSON (*pro hac vice*)
   **MORRISON & FOERSTER LLP**
   425 Market Street
   San Francisco, California  94105
   Telephone:  (415) 268-7000
   Email:  Shaelyndawson@mofo.com

*Of Counsel*

Dated: July 27, 2020         **SCHMEISER, OLSEN & WATTS LLP**

By   s/ Kenneth P. Kula (with permission)
     SEAN K. ENOS, No. 023634
     18 E. University Drive, Suite 101
     Mesa, AZ 85201-5946

*Attorneys for Plaintiff*
ADVANCED VOICE RECOGNITION
SYSTEMS, INC.

   ERIC W. BUETHER (*pro hac vice*)
   CHRISTOPHER M. JOE (*pro hac vice*)
   KENNETH P. KULA (*pro hac vice*)
   MICHAEL C. POMEROY (*pro hac vice*)
   **BUETHER JOE & COUNSELORS, LLC**
   1700 Pacific, Suite 4750
   Dallas, TX 75201

*Of Counsel*

3